IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| DARNISHA SUTTON, | ) CASE NO. 19-03421 |
| | ) JUDGE BARNES |
| DEBTOR(S) | ) |

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**
See attached service list.

**The following party(s) have been served via regular US mail:**
See attached service list.

PLEASE TAKE NOTICE that on July 23, 2020, at 1:30 pm, I will appear before the Honorable Judge Barnes, or any judge sitting in that judge's place, and present the motion to Substitute Attorney, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal Appearance in court is necessary or permitted. To Appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917)746-7476.

**If you object to this motion** and want it called on the presentment date about, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objections is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/     David M. Siegel
David M. Siegel, A.R.D.C. #6207611

## PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on July 10, 2020 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

      /s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611

David M. Siegel, ARDC #6207611
DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney For Debtor
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com

**The following parties have been served via electronic mail:**
US Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

**The following party(s) have been served via regular US mail:**

Ms. Darnisha Sutton
5327 W. Congress, #1
Chicago, IL 60644

Peoples Gas
200 E. Randolph St.
Chicago, IL 60601

City of Chicago, Dept. of Admin. Hearings
DOAH Arnold Scott Harris
111 W. Jackson, Ste. 600
Chicago, IL 60604

Premier Bankcard
Jefferson Capital Systems
P.O. Box 7999
St. Cloud, MN 56302-9617

City of Chicago, Dept. of Finance
Arnold Scott Harris
111 W. Jackson, Ste. 600
Chicago, IL 60604

Capital One Bank
American InfoSource
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Westlake Financial
4751 Wilshire Blvd., Ste. 1
Los Angeles, CA 90010

Check N Go
800 N. Kedzie Ave., #225
Chicago, IL 60651

Navient solutions
Dept. of Education Loan Services
P.O. box 9635
Wilkes-Barre, PA 18773-9635

Aargon Agency
3025 W. Sahara
Las Vegas, NV 89102-6094

Comcast, Bankruptcy Dept.
11621 E. Marginal Way #5
Seattle, WA 98168-1965

Harris and Harris
222 Merchandise Mart Plaza, Ste. 1900
Chicago, IL 60654-1421

Dorothy Holloway
5505 S. Carpenter St.
Chicago, IL 60621

Joseph Ferenzi
941 N. Hamlin Ave.
Chicago, IL 60651-3774

TCF
1405 Xenium Lane North, Ste. 180
Minneapolis, MN 55441-4406

Valentine Isasi
c/o Levit & Lipshutz
1120 W. Belmont Ave.
Chicago, IL 60657-3313

Alexander Nohr and Sarah Lentes
Semrad Law Firm
20 S. Clark St., Ste. 2800
Chicago, IL 60603-1811

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| DARNISHA SUTTON, | ) CASE NO. 19-03421 |
| | ) JUDGE BARNES |
| DEBTOR(S) | ) |

## MOTION FOR SUBSTITUTION OF ATTORNEY

NOW COMES the Debtor, DARNISHA SUTTON, by and through her attorney, DAVID M. SIEGEL AND ASSOCIATES, LLC, and in support of her Motion, states as follows:

1. That DARNISH SUTTON is the Debtor for the above captioned Chapter 13 bankruptcy case.

2. That said case was filed on February 8, 2019 with Marilyn O. Marshall appointed as Trustee.

3. That Debtor's attorney at the time of filing was Sarah Lentes and Alexander Nohr of the Semrad Law Firm, LLC.

4. That Debtor has terminated the services of Sarah Lentes and Alexander Nohr of the Semrad Law Firm, LLC on or about July 9, 2020. (See attached Exhibit A)

5. That the Debtor wishes to be represented by David M. Siegel for the remainder of her case.

WHEREFORE, Debtor respectfully requests that this honorable court grant Debtor's Motion to substitute attorney David M. Siegel for her prior counsel, Sarah Lentes and Alexander Nohr of the Semrad Law Firm, LLC.

Respectfully Submitted,

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)


David M. Siegel, ARDC #6207611
Attorney For Debtors
DAVID M. SIEGEL AND ASSOCIATES, LLC
Attorney For Debtors
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

To Whom It May Concern

I Darnisha Sutton no longer wish for debt stoppers to represent me in my Chapter 13 bankruptcy case. I am hiring David Siegel & Associates to represent me.

Thank you
Darnisha C Sutton
7-9-20